UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                Plaintiff,

                                            ORDER VACATING
                                            RELEASE ORDER

                                            05-CR-6135L

                v.

LYMAN P. GARDNER,

                Defendant.
_____

       Defendant, Lyman Gardner, pleaded guilty pursuant to a plea agreement and on January 24, 2007, Lyman was sentenced principally to 15 months imprisonment. He was released pending designation by the Bureau of Prisons and was allowed to self-surrender. Thereafter, the defendant was arrested and the Government duly moved to revoke defendant's release.

       The Government's motion is granted. The order releasing defendant is vacated, and he is ordered detained pending designation by the Bureau of Prisons.

       IT IS SO ORDERED.

                                            _____
                                            DAVID G. LARIMER
                                            United States District Judge

Dated: Rochester, New York
          January 9, 2008.